**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKWELL,<br><br>    Petitioner,<br><br> vs.<br><br>M.D. BITER, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-00624 MWF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 30, 2012

*/s/ Michael W. Fitzgerald*

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE