**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKWELL,<br><br>    Petitioner,<br><br>    vs.<br><br>M.D. BITER, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-00624 MWF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of WILLIAM BLACKWELL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 30, 2012

*[signature]*

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE